UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

MARALAGO CAY HOMEOWNERS
ASSOCIATION, INC., f/k/a ARROWHEAD
MOBILE HOMEOWNERS ASSOCIATION,
INC., on behalf of themselves, the class of current
and former mobile homeowners in the Park
and all others similarly situated,

       Plaintiff,

Case No.: 9:21-cv-80049-DMM

v.

MHC OPERATING LIMITED PARTNERSHIP,
*et al.*,

       Defendants.
_____/

## DEFENDANT'S MOTION FOR SETTLEMENT CONFERENCE BEFORE A MAGISTRATE JUGE

Defendants, by and through undersigned counsel, hereby move this Court to enter an Order setting this matter for a Settlement Conference before a Magistrate Judge, and as grounds state:

1. On March 29, 2021, the Parties filed a Joint Discovery Plan that indicated the "Defendants believe a settlement conference with a Magistrate Judge prior to the close of discovery would be helpful." (Doc. 30).

2. Defendants believe that a settlement conference before a Magistrate Judge is appropriate because it would promote the resolution of the case and would conserve the resources of the parties and the Court. In particular, a settlement conference with a Magistrate Judge before the parties engage in mediation may allow the parties to resolve the case without the added costs of engaging a mediator.

3. Undersigned counsel has conferred with counsel for Defendant Florida Manufactured Housing Association, Inc., who joins in the motion.

WHEREFORE, Defendants respectfully request that this Motion be granted and that this matter be referred to a Magistrate Judge for the purposes of conducting a settlement conference.

Respectfully submitted,

 *s/ Mahlon H. Barlow*
Mahlon H. Barlow
Florida Bar No. 871117
mbarlow@sbwlegal.com
mhbassistant@sbwlegal.com
Nicholas R. Consalvo
Florida Bar No. 1025353
nconsalvo@sbwlegal.com
SIVYER BARLOW & WATSON, P.A.
401 E. Jackson Street, Suite 2225
Tampa, FL 33602
Main: (813) 221-4242
Fax:  (813) 227-8598
*Co-Counsel for Defendants except Florida Manufactured Housing Association, Inc.*


 *s/ J. Allen Bobo*
J. Allen Bobo
Florida Bar No. 0356980
jabobo@lutzbobo.com
Jody B. Gabel
Florida Bar No. 0008524
jbgabel@lutzbobo.com
LUTZ, BOBO & TELFAIR, P.A.
2 North Tamiami Trail, Suite 500
Sarasota, FL  34236-5575
Telephone:  (941) 951-1800
Toll free:   (877) 951-1800
Fax:         (941) 366-1603
*Co-Counsel for Defendants except Florida Manufactured Housing Association, Inc.*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on August 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                 *s/ Mahlon H. Barlow*
                                                 Attorney