UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-80049-CV-MIDDLEBROOKS/Matthewman

MARALAGO CAY HOMEOWNERS
ASSOCIATION, INC,

    Plaintiff,

v.

MHC OPERATING LIMITED PARTNERSHIP, et al.

    Defendants.
_____/

## FINAL JUDGMENT

THIS CAUSE is before the Court pursuant to this Court's Order on Motion for Summary Judgment. (DE 75). Pursuant to Federal Rule of Civil Procedure 58, it is hereby **ORDERED and ADJUDGED** that:

1. Final Judgment is **ENTERED** in favor of Defendants MHC Operating Limited Partnership, Equity Lifestyle Properties, Inc., MHC Maralago Cay, LLC, Eric Zimmerman, Stanley Martin, Sydney Morris, Rene Scott, Beverly Sagehorn, Bertha Rodriguez, Milagros Rivera, J. Allen Bobo, and Lutz, Bobo & Telfair, P.A., and against Plaintiff Maralago Cay Homeowners Association, Inc., as to all claims.

2. The Clerk of Court shall **CLOSE THIS CASE**.

3. All pending motions are **DENIED AS MOOT**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 7 day of October, 2021.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE